**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**CIVIL ACTION NO. 1:17-cv-722 (WOB-KLL)**

**DANIEL BRONSON**                                                    **PETITIONER**

VS.                        <u>**JUDGMENT**</u>

**WARDEN, WARREN CORRECTIONAL**
**NSTITUTION**                                            **RESPONDENT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 2), and having considered *de novo* those objections filed thereto by Petitioner (Doc. 3), and the Court being sufficiently advised,

**IT IS ORDERED** that the objections (Doc. 3) to the Report and Recommendation (Doc. 2) be, and hereby are, **overruled**. That the Report and Recommendation of the Magistrate Judge (Doc. 2) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 2), is **DISMISSED WITHOUT PREJUDICE**. A certificate of appealability shall not issue with respect to the claims alleged in the petition. Pursuant to 28 U.S.C. § 1915(a)(3), any application by

petitioner to proceed on appeal *in forma pauperis* would be not be taken in "good faith."

This 22nd day of January, 2018.



Signed By:
*William O. Bertelsman* WOB
United States District Judge